FUEL CO. *v.* MONROE; STATE *v.* BARBEE.

CLARKSON, J. For the reasons given in the case of *J. T. Shute v. City of Monroe and James McNeely, City Tax Collector,* the judgment of the court below dissolving the restraining order against the city of Monroe and James McNeely, city tax collector, and refusing a permanent restraining order or injunction, and dismissing plaintiff's action, was correct, and the judgment rendered in the above case is hereby
Affirmed.

---

### MONROE ICE AND FUEL COMPANY v. CITY OF MONROE AND JAMES McNEELY, CITY TAX COLLECTOR.

(Filed 7 May, 1924.)

THIS is a civil action for permanent restraining order, heard before *Shaw, J.,* at February Term, 1924, of UNION. Appeal by plaintiff.

*J. F. Milliken for plaintiff.*
*Parker & Craig for defendant.*

CLARKSON, J. For the reasons given in the case of *J. T. Shute v. City of Monroe and James McNeely, City Tax Collector,* the judgment of the court below dissolving the restraining order against the city of Monroe and James McNeely, city tax collector, and refusing a permanent restraining order or injunction, and dismissing plaintiff's action, was correct, and the judgment rendered in the above case is hereby
Affirmed.

---

### STATE v. RUBE BARBEE.

(Filed 14 May, 1924.)

1. **Constitutional Law—Contracts—Imprisonment—Debt—Statutes—Innkeeper—Boarding Houses.**

   The misdemeanor prescribed by C. S., 4284, for one who obtains lodging, food, or accommodations from an inn, boarding or lodging place, expressly applies, by the expression of the statute, when the contract therefor has been made with a fraudulent intent, and this intent also exists in his surreptitiously absconding and removing his baggage without having paid his bill, and this statute is not inhibited by Article I, section 16, of the State Constitution, as to imprisonment for the mere nonpayment of a debt, either in a civil action or by indictment.